# MICHAEL J. MACCO
U.S. Standing Bankruptcy Trustee
2950 Express Drive South
Suite 109
Islandia, New York 11749
http://maccochapter13strustee.com

Telephone (631) 549-7908
Facsimile (631) 549-7845

_____
Peter Corey, Esq.

February 10, 2017

Clerk of the Court
United States Bankruptcy Court
Alfonse M. D'Amato United States Courthouse
290 Federal Plaza
P.O. Box 9013
Central Islip, NY 11722-9013

<u>*Re:*</u>   *Chapter 13 Debtor(s):*   **DIDAR SINGH**
            ***Case No.: 817-70680-736***

Dear Sir or Madam:

    Due to a conflict of interest, it is requested that another person be substituted in my place and stead as Trustee of the above captioned debtor(s).  I am forwarding the file to Marianne DeRosa. Thank you.

        Very truly yours,

        ***/s/ Michael J. Macco***
        MICHAEL J. MACCO

*cc:*   *Office of the United States Trustee*
      *Marianne DeRosa, Chapter 13 Trustee*
      *DIDAR SINGH*
      *RICHARD S FEINSILVER, Attorney for Debtor(s)*
      *Office of the USTrustee*
      *Richard S. Feinsilver, Esq.*

MJM/JZ