```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
IN RE:                                      Case #: 17-70680

DIDAR SINGH
                                            CHAPTER 13 PLAN
                        Debtor
----------------------------------X
```

1.   The future earnings of the debtor are submitted to the supervision and control of the trustee and the Debtor shall pay to the trustee as follows OVER A TERM OF THIRTY-SIX (36) MONTHS as follows: $1000.00 PER MONTH FOR 36 MONTHS.

2.   From the payments so received, the trustee shall make disbursements as follows:

(a) Full payment in deferred cash payments of all ALLOWED claims entitled to priority under 11 U.S.C. Section 507:

(i) Trustee Commission of 10%; (ii) Richard S. Feinsilver - $2500.00

(b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

FIRST JERSEY FCU (Loan 9P35) - Debtor is the personal guarantor of the corporate debts of MDAMRIT Taxi Inc. and Cheema Trans. Corp. The payment of the corporate obligations of these entities to this creditor were current at the time of filing. Corporate entities are to remain current and remit payments to creditor outside of bankruptcy. Individual Debtor shall not remit any post petition payments to this creditor.
NASSAU COUNTY TREASURER (lot 0001) - Debtor is current in the remittance of real estate taxes encumbering debtor's property located at 402 Brown Place, New Hyde Park NY at time of filing. Debtor shall remain current and remit post petition real estate tax payments direct to creditor outside of plan.

( c) Subsequent to the payment of dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

Pro-rata distribution to all timely filed proofs of claim AS FOLLOWS:

Unsecured creditors, as a class are to receive 100% of any allowed amount claimed.

3.  The following executory contracts and leases of the debtor are rejected: None.

4.  Other provisions:

Title to the debtor's property shall revest in the debtor upon confirmation of a plan.

Throughout the term of this plan, debtor agrees that it will not incur post-petition debt over $1500.00 without first notifying the Chapter 13 trustee in writing.

```
Dated: February 10, 2017
```

```
                                         s/Didar Singh
                                        _____
                                        Debtor


                                        _____
                                        Debtor

s/Richard S. Feinsilver
_____
Debtor's Attorney
```